**Order entered January 25, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01429-CR
### No. 05-17-01430-CR
### No. 05-17-01431-CR

## CHRISTOPHER LAJUAN DAVIS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F09-72077-M, F10-72780-M, F12-70385-M

## ORDER

Based on the Court's opinion of this date, we **GRANT** the May 7, 2018 motion of Valencia Bush for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Valencia Bush as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Christopher Lajuan Davis, TDCJ No. 02139704, Hutchins Unit, 1500 East Langdon Road, Dallas, Texas, 75241.

/s/    LANA MYERS
       JUSTICE